# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**594**

**KA 11-01155**

PRESENT: SMITH, J.P., FAHEY, CARNI, VALENTINO, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                              ORDER

TERRY L. DANDRIDGE, DEFENDANT-APPELLANT.

---

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (SUSAN C. MINISTERO OF COUNSEL), FOR DEFENDANT-APPELLANT.

FRANK A. SEDITA, III, DISTRICT ATTORNEY, BUFFALO (MATTHEW B. POWERS OF COUNSEL), FOR RESPONDENT.

---------------------------------------------------------------------------------------------------------------

Appeal from a resentence of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered May 16, 2011. Defendant was resentenced upon his conviction of robbery in the first degree and robbery in the second degree.

It is hereby ORDERED that the resentence so appealed from is unanimously affirmed (*see People v Howard*, 96 AD3d 1691, 1692, *lv denied* 19 NY3d 1103).

Entered: June 7, 2013                          Frances E. Cafarell
                                               Clerk of the Court